AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED
JUL 3 0 2019
Clerk, U.S. District Court
Texas Eastern

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Rahul Ramesh Joshi | ) | Case No. 4:19MJ396 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 2018 to the present__ in the county of __Collin__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Sending threatening communications to injure another, in interstate or foreign commerce |

This criminal complaint is based on these facts:
See the attached affidavit of SA Taylor C. Page FBI

☐ Continued on the attached sheet.

_____
Complainant's signature
SA Taylor C. Page FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 07/30/2019  8:30am

_____
Judge's signature

City and state: Sherman, Texas    Christine A. Nowak, U.S. Magistrate Judge
Printed name and title