DATE _____8/1/19_____
LOCATION __Plano__
JUDGE __Kimberly C. Priest Johnson__
DEPUTY CLERK __Toya McEwen__
COURT REPORTER: Digital Recording
INTERPRETER: Not Required
USPO: Tiffany Routh
BEGIN 11:43 am

CASE NUMBER __4:19-mj-396__ CAN
USA __Ernest Gonzalez_____ Assigned
VS __Bradley Visosky_____ Appeared

RAHUL RAMESH JOSHI
                              Defendant
Denise Benson _____ FD
                              Attorney

FILED
AUG - 1 2019
Clerk, U.S. District Court
Texas Eastern

☑ INITIAL APPEARANCE on COMPLAINT
☐ PRELIMINARY HEARING
☐ DETENTION HEARING

☑ Hearing Held          ☑ Hearing Called          ☐ Interpreter Required
☑ Defendant Sworn

☑ Defendant appeared: ☐ with counsel _____  ☑ without counsel
☑ Defendant is the person as named in the Complaint.
☐ Defendant is NOT the person as named in the Complaint, _____ _____name given.
☑ Date of arrest__8/1/19___   or ☐ Rule 40. (dist & case #) _____
☐ Defendant advised of Constitution rights.   ☐   Defendant acknowledged understanding Constitution rights.
☑ Dft   ☑ advised of charges   ☑ advised of maximum penalties   ☐ advised of right to remain silent
        ☑ advised of right to counsel   ☑ received copy of complaint   ☐ waived reading of complaint

☐ . Dft first appearance with counsel ☐ CJA ☐ Retained ☐ Federal Public Defender
    Attorney: _____
☐ Dft ___ advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel.
☐ If dft cannot retain counsel, the court is to be advised within _____ days so counsel may be appointed.
☑ Dft ___ Requests appointed counsel, is sworn & examined re: financial status.
☑ Financial affidavit executed by dft. The court finds the defendant ☐ able ☑ unable to employ counsel.
☐ _____ appointed   ☑ U.S. Pub Defender _____ appointed

☑ Govt ORAL motion for detention ☑ Govt ORAL motion for continuance ☑ Oral Order granting ☐ Oral Order denying
☐ Defendant ORAL motion to continue detention hearing   ☐ Oral Order granting ☐ Oral Order denying

☐ Defendant waived preliminary hearing   ☐ Court found waiver of preliminary hearing is knowingly and voluntarily made.
☐ Court found probable cause based on the signing of waiver.
☐ Defendant waived detention hearing   ☐ Court found waiver of detention hearing is knowingly and voluntarily made.
☐ Court ordered Defendant detained based on the signing of waiver.
☑ Preliminary and Detention Hearing set: Monday, 8/5/19 @ 10:10am before Judge Johnson.
☐ Order setting conditions of release   ☐ Bond executed, dft released;   ☐ Not executed at this time
☐ Defendant motion _____
☐ Government motion _____
☐ Dft failed to appear,   ☐ oral order for arrest warrant;   ☐ bond forfeited
☐ Defendant released on Conditions of Release
☑ 11:50 am Recess and Dft REMANDED to USMO